638     SUPREME COURT OF FLORIDA.

WALTER HATTER, *Appellant*, v. AMES A. BARLOW, CELINDA F. BARLOW, ALBERT L. McGLAUN, G. N. HENDRY, MABEL L. MEAD, ALBERT L. McGLAUN, TRUSTEE, AMES A. BARLOW, TRUSTEE, JOHN W. PINKERTON AND BREVARD COUNTY STATE BANK, A CORPORATION, *Appellees*.

Opinion Filed January 7, 1924.

This case was decided by Division B.

An Appeal from the Circuit Court for Brevard County; James W. Perkins, Judge.

*Kay, Adams & Ragland*, for Appellant;

*Noah B. Butt* and *Murray Sams*, for Appellees.

PER CURIAM.—The interlocutory order herein appealed from is reversed on the authority of Hatter *et al.* v. Barlow, this day decided.

Reversed.

WHITFIELD, P. J., AND WEST AND TERRELL, J. J., concur.